# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DONNA M. OLSON AND DENNIS OLSON, HUSBAND AND WIFE | : | No. 204 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY; MICHAEL SAYRE, JR.; AND INTERNATIONAL TITANIUM CORP. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY AND INTERNATIONAL TITANIUM CORP. | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.